# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  November 10, 2016                522719
_____

In the Matter of ROLAND CODY,
                    Petitioner,

        v

ANTHONY J. ANNUCCI, as Acting            MEMORANDUM AND JUDGMENT
    Commissioner of Corrections
    and Community supervision,
                    Respondent.
_____

Calendar Date:   September 20, 2016

Before:  Lynch, J.P., Devine, Clark, Mulvey and Aarons, JJ.

_____

        Roland Cody, Stormville, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondent.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent placing petitioner in involuntary protective custody.

        Petitioner commenced this CPLR article 78 proceeding challenging a determination placing him in involuntary protective custody.  The Attorney General has advised this Court that the determination has been administratively reversed and all references thereto have been expunged from petitioner's institutional record.  Given that petitioner has received all the relief to which he is entitled, the petition is dismissed as moot (see e.g. Matter of Chao v Hollingshead, 141 AD3d 1072, 1072 [2016]; Matter of Houston v Annucci, 141 AD3d 996, 996 [2016]).

Lynch, J.P., Devine, Clark, Mulvey and Aarons, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs, but with disbursements in the amount of $50.

ENTER:

Robert D. Mayberger
Clerk of the Court